# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR <br> *Plaintiff* <br> v. <br> ENGINEERED RETAINING SYSTEMS, LLC AND ARTHUR MILLER <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:10-mc-4 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENGINEERED RETAINING SYSTEMS, LLC
C/O ARTHUR MILLER, REGISTERED AGENT
302 KINGSTON STREET
LENOIR CITY, TENNESSEE 37771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: NEIL A. MORHOLT, OFFICE OF THE SOLICITOR, UNITED STATES
DEPARTMENT OF LABOR
618 CHURCH STREET, SUITE 230
NASHVILLE, TN 37219
(615) 781-5330 EXT 234 (PHONE); (615)-781-5321 (FAX)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PATRICIA L. McNUTT, CLERK

*CLERK OF COURT*

Date: 2/10/2010

KWatson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Engineered Retaining Systems, LLC & Arthur Miller

was received by me on *(date)* 2/12/10 .

☑ I personally served the summons on the individual at *(place)* 302 Kingston St. Lenoir City, TN 37771  on *(date)* 3/16/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/10

*Server's signature*

BILLY HARJO
*Printed name and title*

710 Locust St, Rm 101, Knoxville, TN 37902
*Server's address*

Additional information regarding attempted service, etc: